UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

JAMES BUCKMAN et al
PLAINTIFF

Case# 19-CV-24184 MGC

V.S.
DEUTSCHE BANK NA
TRUST COMPANY UNDER THE
POOLING AND SERVICING
AGREEMENT SERIES RAST
2006-A8. ET AL



MOTION TO DENY EXTENSION OF TIME

    JAMES BUCKMAN Pro Se motions this court to deny extension of time because the Bank knew that we were suing them since November 13th, 2019 as was stated even in state court to defendants that they were being sued in Federal Court and they knew because we talked to Deutsche Bank directly who said they know about the Lawsuit but never responded to the Lawsuit and they knew that we were talking to them because the FTC and the CFPB are investigating them concerning the unsigned mortgage that they were using to Foreclose from and told us they knew nothing about what Blank Rome and the Attorney's were doing and were not a party to it and they have never answered the FTC/CFPB and seen in Exh. A and did not *page 9* answer the lawsuit their past the 21 day and 5 days after 14 days required to answer an amended complaint as stated by Deutsche Bank Attorney pg.1 #1 and #2 and then on the day we filed the default Dec. 23rd, 2019 the Clerk of The Court contacted them and then they responded on page 2 where (1) they mentioned that there would be no danger of prejudice to us the opposing party which is not true because they are illegally evicting us without any signed mortgage which would cause us to totally lose our property and destroy our yacht by causing it to sink if they are successful with this prejudicial act they did not respond they know to respond as stated by law so there is no Clerical error and as stated on page 2 first paragraph it says that Dec.23rd was the date that Deutsche bank was supposed to Respond which was Dec. 18 which is 5 days not 2 days yet the whole time they knew the lawsuit existed and would not respond so they must be Defaulted and on page 3 #7 we are now informed that this Lawyer is totally familiar with this case to the FTC and with Exh. B they refused to answer they sent the Police to the house to evict us when they were supposed to give us a 24hr notice from the Sheriffs not the Police so I refuse to be removed then they came in the house and stole my property out while I was away they have lost the case because they also lied and said on pg.3 of their response #10 the Lawyers lied and said this was their first time asking for an extension of time to respond but it is actually the second time because in the FTC complaint they asked for an extension of time to respond to the same accusations Exh. C.

                                            *James Buckman*
                                            JAMES BUCKMAN
                                            1977 NE 119th Rd.
                                            Miami, Fl. 33181