FILED BY __JB__ D.C.

JAN 16 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES SOUTHERN DISTRICT OF FLORIDA

Plaintiff JAMES BUCKMAN, et al

v.                                                    Case No. 1:19-cv-24184-MGC

Defendant Deutsche Bank National Trust Company, et al

## MOTION TO RECONSIDER & OBJECTION TO MAGISTRATE

NOW COMES PLAINTIFFS hereby objects to the referral to Magistrate and moves the court to reconsider Deutsche Bank time extension to answer.

1. The Original Complaint and Clerk issued Summons were timely served on 11/18/19.

2. The Amended Complaint & Summons were served on 12/6/19. Exh. D=Affidavits

3. Daniel Hurtes was notified by the Clerk of this Court to answer on 12/20/19.

4. Daniel Hurtes did not answer until 12/23/19 which is 3 days late providing unfair advantages to opposing parties.

5. Judge of record Marcia Cooke has now referred this action to Magistrate Jonathan Goodman on 1/8/20.

6. Judges Cooke & Goodman both have financial dealings with Defendant Deutsche Bank and their representative agents as discovered by AO-10 Financial Records requests(Exhibits Attached). Exh. C

WHEREFORE, Plaintiff moves this Court to Reconsider Deutsche Bank time extension for just causes and factual reasons stated herein.


DATED this 15th day of January in the year A.D. 2020,

_____
s/JAMES BUCKMAN-Plaintiff
1977 NE 119th Road Miami FL 33181

**Form AO-10A Request for financial disclosure reports**  bigboss1043@yah.../Inbox

  **Committee Financial Disc Rele** <committee_on_financial_disclosure_-_release_and_redaction_-_subc@ao.uscourts.gov>   Jan 13 at 9:11 AM
To: bigboss1043@yahoo.com <bigboss1043@yahoo.com>

Good Morning, Mr. Maurice Symonette.

We are in receipt of your AO-10A Request for Examination of Report Filed by Judicial Officer or Judicial Employee for Kathleen Williams, Marcia G. Cooke, and Angela Noble.

Please note, in accordance with section 105(d) of the Ethics in Government Act of 1978, this office only maintains financial disclosure reports for six calendar years. The calendar year 2019 reports are not due until May 15, 2020, and have not been received. Therefore no 2019 reports are available.

Angela Noble is not a filer with this office. We will process your request to provide the 2013-2018 financial disclosure reports for Judge Kathleen Williams and Judge Marcia G. Cooke.

Ms. Amy L. Brow
Administrative Office of the US Courts
(202) 502-1850

**1 File**   46.1kB

Mauric4.pdf
46kB

## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Florida

Exh. A

Case Number: 19-CV-24184MGC

Plaintiff:
**JAMES BUCKMAN**

vs.

Defendant:
**DEUTSCHE BANK NATIONAL TRUST COMPANY**

For:
Micahiel Nicholson

JEG2019001628

Received by 24 Hour Process LLC on the 4th day of December, 2019 at 11:33 pm to be served on DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT SERIES RAST 2006-A8, 1761 EAST ST. ANDREW PLACE, SANTA ANA, CA 92705.

I, Nicole Lopez, do hereby affirm that on the 6th day of December, 2019 at 4:10 pm, I:

served an AUTHORIZED entity by delivering a true copy of the SUMMONS IN A CIVIL ACTION, COMPLAINT FOR: 1. QUIET TITLE 2. SLANDER OF TITLE 3. BANK VIOLATED 30 DAY NOTICE TO SALE NOTE IN VIOLATION OF FLORIDA STAT. 559.715 4. UNJUST ENRICHMENT 5. VIOLATION OF RESPA 12 U.S.C. 2805 6. VIOLATION FL. STAT. 697.10 NO CONTRACT 7. FRAUD & CONCEALMENT 8. VIOLATION OF FLORIDA STAT. 45.031(8) PROPERTY SOLD AT FORECLOSURE PRICE SO LOW THAT IT SHOCKS THE CONSCIENCE 9. VIOLATION OF TIMELY ASSIGNMENT 10. BANK NO CONSIDERATION MONEY MUST BE GIVEN TO ASSIGN NOT 11. ELEVENTH CAUSE OF ACTION VIOLATION GAAP FASB FAS 140 RULE AS GOVERNED BY THE SEC AND THE US DEPARTMENT OF THE TREASURY/ (IRS), AMENDED COMPLAINT VERIFIED PETITION FOR DECLARATORY RELIEF AND JUDGMENT AND INJUNCTIVE RELIEF AGAINST DEFENDANT DEUTSCHE BANK N.A. TRUST TO QUIET TITLE PURSUANT TO FLORIDA STATUTES CHAPTER 65; AND MOTION FOR TEMPORARY RESTRAINING ORDER AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF AND EXHIBITS "A-Z" with the date and hour of service endorsed thereon by me, to: SUZANNE PATTONS as ADMINISTRATIVE ASSISTANT at the address of: 1761 EAST ST. ANDREW PLACE, SANTA ANA, CA 92705, who stated they are authorized to accept service for DEUTSCHE BANK NATIONAL TRUST COMPANY, and informed said person of the contents therein, in compliance with state statutes.

Description of Person Served: Age: 45, Sex: F, Race/Skin Color: WHITE, Height: 5'3, Weight: 135, Hair: BROWN, Glasses: Y

Under penalties of perjury, I declare that I have read the foregoing and that the facts stated in it are true. I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the county in which service was effected in accordance with State Statutes.

Nicole Lopez
Process Server

24 Hour Process LLC
6742 Forest Hill Blvd
Suite 300
West Palm Beach, FL 33413
(561) 705-2378

Our Job Serial Number: JEG-2019001628
Ref: DEUTSCHE BANK NATIONAL TRUST COMPANY

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c

Case 1:19-cv-24184-MGC Document 21 Entered on FLSD Docket 01/17/2020 Page 4 of 9
Case 1:19-cv-24184-MGC Document 9 Entered on FLSD Docket 12/23/2019 Page 2 of 3
12/23/2019 Yahoo Mail - JEG Job Done - Served for DEUTSCHE BANK NATIONAL TRUST COMPANY (DEUTSCHE BANK NATIONAL TRUST COMPA...

EXH. A

## JEG Job Done - Served for DEUTSCHE BANK NATIONAL TRUST COMPANY (DEUTSCHE BANK NATIONAL TRUST COMPANY)

From: 24 Hour Process LLC (service@24hourprocess.com)

To: micahielnicholson@yahoo.com

Cc: service@24hourprocess.com

Date: Sunday, December 15, 2019, 03:04 PM EST

To: Micahiel Nicholson

This is an automated message relating to:

**Our Job Number:** 2019001628
**Your Reference Number:** DEUTSCHE BANK NATIONAL TRUST COMPANY
**Party To Be Served:** DEUTSCHE BANK NATIONAL TRUST COMPANY
**Documents To Be Served:** SUMMONS IN A CIVIL ACTION, COMPLAINT FOR: 1. QUIET TITLE 2. SLANDER OF TITLE 3. BANK VIOLATED 30 DAY NOTICE TO SALE NOTE IN VIOLATION OF FLORIDA STAT. 559.715 4. UNJUST ENRICHMENT 5. VIOLATION OF RESPA 12 U.S.C. 2605 6. VIOLATION FL. STAT. 697.10 NO CONTRACT 7. FRAUD & CONCEALMENT 8. VIOLATION OF FLORIDA STAT. 45.031(8) PROPERTY SOLD AT FORECLOSURE PRICE SO LOW THAT IT SHOCKS THE CONSCIENCE 9. VIOLATION OF TIMELY ASSIGNMENT 10. BANK NO CONSIDERATION MONEY MUST BE GIVEN TO ASSIGN NOT 11. ELEVENTH CAUSE OF ACTION VIOLATION GAAP FASB FAS 140 RULE AS GOVERNED BY THE SEC AND THE US DEPARTMENT OF THE TREASURY/ (IRS), AMENDED COMPLAINT VERIFIED PETITION FOR DECLARATORY RELIEF AND JUDGMENT AND INJUNCTIVE RELIEF AGAINST DEFENDANT DEUTSCHE BANK N.A. TRUST TO QUIET TITLE PURSUANT TO FLORIDA STATUTES CHAPTER 65; AND MOTION FOR TEMPORARY RESTRAINING ORDER AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF AND EXHIBITS "A-Z"
**Case Info:** Florida 19-CV-24184MGC
**Case Style:** JAMES BUCKMAN vs. DEUTSCHE BANK NATIONAL TRUST COMPANY

**Service Information**
Recipient was SERVED on Dec 6 2019 4:10PM
**Type of Service:** AUTHORIZED
**Original Service Address:** DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT SERIES RAST 2006-A8, 1761 EAST ST. ANDREW PLACE, SANTA ANA, CA 92705

**Service Details:** served an AUTHORIZED entity by delivering a true copy of the SUMMONS IN A CIVIL ACTION, COMPLAINT FOR: 1. QUIET TITLE 2. SLANDER OF TITLE 3. BANK VIOLATED 30 DAY NOTICE TO SALE NOTE IN VIOLATION OF FLORIDA STAT. 559.715 4. UNJUST ENRICHMENT 5. VIOLATION OF RESPA 12 U.S.C. 2605 6. VIOLATION FL. STAT. 697.10 NO CONTRACT 7. FRAUD & CONCEALMENT 8. VIOLATION OF FLORIDA STAT. 45.031(8) PROPERTY SOLD AT FORECLOSURE PRICE SO LOW THAT IT SHOCKS THE CONSCIENCE 9. VIOLATION OF TIMELY ASSIGNMENT 10. BANK NO CONSIDERATION MONEY MUST BE GIVEN TO ASSIGN NOT 11. ELEVENTH CAUSE OF ACTION VIOLATION GAAP FASB FAS 140 RULE AS GOVERNED BY THE SEC AND THE US DEPARTMENT OF THE TREASURY/ (IRS), AMENDED COMPLAINT VERIFIED PETITION FOR DECLARATORY RELIEF AND JUDGMENT AND INJUNCTIVE RELIEF AGAINST DEFENDANT DEUTSCHE BANK N.A. TRUST TO QUIET TITLE PURSUANT TO FLORIDA STATUTES CHAPTER 65; AND MOTION FOR TEMPORARY RESTRAINING ORDER AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF AND EXHIBITS "A-Z" with the date and hour of service endorsed thereon by me, to: SUZANNE PATTONS as ADMINISTRATIVE ASSISTANT at the address of: 1761 EAST ST. ANDREW PLACE, SANTA ANA, CA 92705, who stated they are authorized to accept service for DEUTSCHE BANK NATIONAL TRUST COMPANY, and informed said person of the contents therein, in compliance with state statutes.

**Attachments:**
Link to Invoice  Link to DOCS  Link to SIGNED ROS

Case 1:19-cv-24184-MGC   Document 21   Entered on FLSD Docket 01/17/2020   Page 5 of 9
Case 1:19-cv-24184-MGC   Document 9   Entered on FLSD Docket 12/23/2019   Page 3 of 3
12/23/2019   Yahoo Mail - JEG Job Done - Served for DEUTSCHE BANK NATIONAL TRUST COMPANY (DEUTSCHE BANK NATIONAL TRUST COMPA...

Exh. A

Thank you,
24 Hour Process LLC
service@24hourprocess.com
Phone: (561) 705-2378

More detailed status is available at www.PstProStatus.net

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

FILED BY_____D.C.

DEC 04 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

JAMES BUCKMAN and
MAURICE SYMONETTE

Case No. 19-cv-24184

Amended

Plaintiff,

vs.

COMPLAINT FOR:

1. QUIET TITLE

2. SLANDER OF TITLE

LANCASTER MORTGAGE
CO.;DEUTSCHE BANK NATIONAL
TRUST CO. AS TRUSTEE UNDER THE
POOLING AND SERVICING
AGREEMENT SERIES RAST 2006-A8
(CSFB), C/O OCWEN ATTN: Vault Dept.
5720 Premier Park Drive, West Palm
Beach,FL.,33407,SECURITY
EXCHANGE COMMISSION (SEC), U.S.
DEPARTMENT OF THE TREASURY/1.
IRS.

3. BANK VIOLATED 30 DAY NOTICE TO
   SALE NOTE IN VIOLATION OF FLORIDA
   STAT. 559.715

4. UNJUST ENRICHMENT

5. VIOLATION OF RESPA 12 U.S.C 2605

6. VIOLATION FL. STAT. 697.10 NO
   CONTRACT

Defendants.

7. FRAUD & CONCEALMENT

8. VIOLATON OF FLORIDA STAT.
   45.031(8) PROPERTY SOLD AT
   FORECLOSURE PRICE SO
   LOW THAT IT SHOCKS THE
   CONSCIENCE

9. VIOLATION OF TIMELY
   ASSIGNMENT

10. BANK NO CONSIDERATION MONEY
    MUST BE GIVEN TO ASSIGN NOT

11. ELEVENTH CAUSE OF ACTION VIOLATION
    GAAP FASB FAS 140 RULE AS
    GOVERENED BY THE SEC AND THE US
    DEPARTMENT OF THE TREASURY/ (IRS)

1

Exh C.

AO 10A (Rev. 03/17)

# REQUEST FOR EXAMINATION OF REPORT FILED BY A JUDICIAL OFFICER OR JUDICIAL EMPLOYEE

In accordance with section 105 of the Ethics in Government Act of 1978, as amended, I request that the report of the following named Judicial Officers or Judicial Employees be sent to me in electronic form. By checking this box, I am requesting a paper copy rather than an electronic copy ☐ *(See instructions).*

| NAMES OF INDIVIDUALS WHOSE DISCLOSURE REPORTS ARE REQUESTED | NAME | POSITION | YEAR(S) REQUESTED |
|---|---|---|---|
| | KATHLEEN WILLIAMS | USDC S.FL Judge | 2010-2019 |
| | MARCIA G. COOKE | USDC S.FL Judge | 2010-2019 |
| | ANGELA NOBLE | USDC S.FL Clerk | 2010-2019 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| ORGANIZATIONS OR PERSONS ON WHOSE BEHALF THIS REQUEST IS MADE | NAME | ADDRESS |
|---|---|---|
| | Maurice Symonette | 15020 S. River Drive Miami FL 33167 |

**PROHIBITIONS**

I understand that the statute makes it unlawful to obtain or use this or these reports for: any unlawful purpose; any commercial purpose other than by news and communication media for dissemination to the general public; determining or establishing of the credit rating of any individual; or use, directly or indirectly, in the solicitation of money for any political, charitable, or other purpose (5 U.S.C. App. 4 § 105(c)).

I understand that whoever, in any manner within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully (1) falsifies, conceals, or covers up by any trick, scheme, or device a material fact; (2) makes any materially false fictitious, or fraudulent statement or representation; or (3) makes or uses any false writing or document, knowing the same to contain any materially false, fictitious, or fraudulent statement or entry, shall be fined not more than $10,000 or imprisoned not more than five years, or both (18 U.S.C. § 1001).

I am aware of the prohibitions on the obtaining and use of this information, as are stated above, and that this request for examination is a matter of public record.

**PERSON MAKING REQUEST**

Name: Maurice Symonette
Phone Number: (786) 859-9421
Mailing Address: 15020 S. River Drive Miami FL 33167

Occupation: Producer
Email Address: BigBoss1043@yahoo.com

I certify under penalty of perjury that the foregoing is true and correct. (28 U.S.C. § 1746)

Signature: [signed] Maurice S.
Date executed: 12/30/2019

UNITED STATES SOUTHERN DISTRICT OF FLORIDA

IN THE CIRCUIT COURT OF THE ESEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY FLORIDA
CIVIL ACTION

**AFFIDAVIT**     CASE: 19-CV-24184-MGC

I MICAHIEL NICHLOSON WAS ALSO THEIR AS WITNESSES AT THE MIAMI DADE COURT HOUSE ON THE 11/2019 AT THE COURT HEARING HELD ON THAT DAY FOR A HEARING FOR MACK WELLS AND I SAW WHEN MAURICE SYMONETTE GIVE A COPY OF THE COMPLAINT OF THE CASE TO THE ATTORNEY DANIEL S. HURTES, THE ATTORNEY AND BLANK ROME LLC SO THEY KNEW ABOUT THE COMPLAINT.

CASE: 19-CV-24184-MGC

SIGNED _Micahiel Nichloson_
MICAHIEL NICHLOSON
1977 NE 119TH RD.
Miami, Fla. 33181

1/14/2020

VANESSA BAPTISTE
Commission # GG 4955
My Commission Expires
June 22, 2020

UNITED STATES SOUTHERN DISTRICT OF FLORIDA

IN THE CIRCUIT COURT OF THE ESEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY FLORIDA
CIVIL ACTION

CASE: 19-CV-24184-MGC

## AFFIDAVIT

I JAMES BUCKMAN WAS THEIR AS WITNESSES AT THE MIAMI DADE COURT HOUSE ON NOV. 19TH 2019 AT THE COURT HEARING HELD ON THAT DAY FOR A HEARING FOR MACK WELLS AND SAW WHEN MAURICE SYMONETTE GIVE A COPY OF THE COMPLAINT OF THE CASE TO ATTORNEY DANIEL S. HURTES, THE ATTORNEY AND BLANK ROME LLC SO THEY KNEW ABOUT THE COMPLAINT.

CASE: 19-CV-24184-MGC

SIGNED _____
JAMES BUCKMAN
1977 NE 119TH RD.
Miami, Fla 33181

1/14/2020.

VANESSA BAPTISTE
Commission # GG 4955
My Commission Expires
June 22, 2020