

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI, DIVISION

Case No: 19-24184-CIV-Cooke/Goodman

JAMES BUCKMAN et.al.,

Plaintiff

v.

LANCASTER MORTGAGE CO., et al.,

Defendants

_____/

### PLAINTIFFS RESPONSE TO DEFENDANTS MOTION TO STRIKE

COMES Now Plaintiffs with motion to answer defendants motion to strike, we did respond on time we put a motion to reconsider 1/17/20 and the Judge never denied our motion to reconsider we Recieved the motion from the defendants late their was a problem with the mail because we the plaintiffs had a because the police would not allow us in the property illegaly without any eviction so we had to change our mailing address and also the motion did not show up on the docket till the 1/ 24/20, we found out when we came into the federal building to enter a change of address into the files is when we at the same time discovered the motion from Deutsche Bank was entered in the files on that day which is why our answer was turned in at the time it was, Amazingly this uncouth thieving Lawyer wants our answer to their late answer to be Dismissed for being socalled late for the same reasons that they begged this Judge for time but don't want us to have the same rights. So if you find that we were late please afford us time like you gave them time. And we also have a newly discovered that we must now add Judge Del La O the Judge of this County Court case to the Law Suite because the Judge on this case ordered in favor of Deutsche Bank but this Judge

De La O has a horrible known Conflict of interest because he's in business with Deutsche Bank which can't be done in violation of Fla. Stat, 112.312 (8)(9) and we we have proof of that that Judge is stealing our property, we are suing you Deutsche Bank because in State Court we didn't get a chance to explain all that happened, the real owners Leroy williams, James Buckman , Tanner Carter and Alexander Morera did not go to the closing so Deutsche bank can't and don't have a Note to foreclose on and we are the people that2007 own that property and is doing this law suite as people who nothing to do with the Fake case #-18226 CAO1. We are the true owners who never sold the property to Leroy Williams using Lancaster Bank LLC who fraudulently Assigned it to Deutsche Bank. These facts are true and real and must not go unpunished And for all the other reasons they used to dismiss our real case with prejudice is covered by the fact that we are third parties to the foreclosure case #-18226 CAO1. Deutsche Bank V. Leroy Williams according to federal 14 (a) (2) (5), and florida courts third party claims have a right to be heard. Also BlancRome never proved that Are allowed Represent Deutsche Bank and They don't Represent the US Treasury And the S.E.C.

JAMES BUCKMAN
15020 South River Dr.
Miami Fl. 33167