# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

FILED BY _____ap_____ D.C.

Apr 21, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

April 21, 2020

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 20-10702-BB
Case Style: James Buckman v. Deutsche Bank National Trust
District Court Docket No: 1:19-cv-24184-MGC

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Tonya L. Richardson, BB/lt
Phone #: (404) 335-6174

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

No. 20-10702-BB

---

JAMES BUCKMAN,

                                         Plaintiff-Appellant,

MAURICE SYMONETTE,

                                         Plaintiff,

versus

LANCASTER MORTGAGE CO., et al.,

                                         Defendants,

DEUTSCHE BANK NATIONAL TRUST CO.,
as Trustee under the pooling and servicing
agreement series rast 2006-A8,

                                         Defendant-Appellee.

---

Appeal from the United States District Court
for the Southern District of Florida

---

Before: JORDAN, BRANCH and LAGOA, Circuit Judges.

BY THE COURT:

      This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. James Buckman, proceeding *pro se*, has appealed from the district court's January 8, 2020 order granting Deutsche Bank National Trust Company's motion for an extension of time to respond to the amended complaint. Because the January 8 order was made to facilitate further proceedings on substantive matters, the order is not final or immediately appealable. *See* 28 U.S.C. § 1291; *CSX Transp., Inc.*

*v. City of Garden City*, 235 F.3d 1325, 1327 (11th Cir. 2000); *Broussard v. Lippman*, 643 F.2d 1131, 1133 (5th Cir. Unit A Apr. 1981) (explaining that any order made in anticipation of further proceedings on the merits is not final).

No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir. R. 27-2 and all other applicable rules.