UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JAMES BUCKMAN, et al.,

Plaintiff (s)   CASE: 19-CV-24184-COOKE /GOODMEN

Vs.

LANCASTER MORTGAGE CO., et al,.

Defendants (s)

_____/



## MOTION FOR EXTENSION OF TIME

    COMES Now Plaintiffs James Buckman and Maurice Symonette with Motion to extend the time to file second amended complaint, because I was checking on my case 19-CV-24184 myself yesterday on the court system and found a letter from the court docket on the internet informing me to make a second amended complaint due to the situation of the court saying it was not sufficiently written out I have no problem with that its just that I did not recieve a notification in the mail from the district court on that subject I fortunately discovered it on my own I called the clerk abourt this situation and they told me that I could send I a letter requesting more time since I did not get a notice in the mail please grant me more time because it is a lot to of information to put together thank you

    I Hereby Certify that a true and corredt copy of the foregoing was sent by us mail to the foregoing on 7/31/2020 to Daniel S. Hurtes Fl. Bar No. 69104 DHurtes@blankrome.comand Nicole R. Topper

Fla. Bar No. 558591 to BLANK ROME LLP COUSEL FOR DEFENDANT DEUTSCHE BANK AT 500 E.BROWARD BLVD. STE. 2100 FT.LAUD. FLA. 33394 PH: 954-512-1800.

*James Buckman Jr.* (signature)
JAMES BUCKMAN
15020- S. RIVER DR.
MIAMI, FLA.33167