UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

James Buckman et al
Plaintiff

CASE: 19-CV-1924184

vs

Lancaster

Motion

FILED BY ____ D.C.
AUG 06 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

I need three more days to properly put this together like they got the time

sign _Maurice_
Maurice Symonette

sign _James Buckman_
James Buckman