UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-24184-Civ-COOKE/GOODMAN

JAMES BUCKMAN, *et al.*,

    Plaintiffs,

vs.

LANCASTER MORTGAGE CO., *et al.*,

    Defendants.

_____/

## ORDER OF DISMISSAL

THIS CASE is before the Court on *pro se* Plaintiffs' Amended Complaint (ECF No. 43) filed on August 6, 2020. On July 24, 2020, the Court issued an Order striking the Complaint because it was "replete with conclusory, vague, and immaterial facts not obviously connected to any particular cause of action;" included "citations to numerous laws and statutes whose application to Plaintiffs' causes of action [was] unclear;" and failed to "separat[e] into a different count each cause of action or claim for relief." ECF No. 39 at 2-3. Plaintiffs were given leave to amend the Complaint in a manner consistent with the Court's Order by July 31, 2020. *See* ECF No. 39. On July 31, 2020, Plaintiffs requested an extension of time to comply with the Court's Order. This request was granted, and Plaintiffs were instructed to file an amended complaint on or before August 6, 2020. On August 6, 2020, Plaintiffs filed a motion requesting "Three more days to Properly Put This Together Like they got The Time." ECF No. 42. Plaintiffs, however, filed a timely Amended Complaint on the same day.

The Court has reviewed the Amended Complaint and is otherwise fully advised of the premises. Plaintiffs' Amended Complaint does not cure the defects that required the striking of the initial Complaint. Since Plaintiffs have been given an opportunity to amend and have been unable to conform the allegations to the applicable standards of pleading, and this Court's Order, this action is dismissed with prejudice.

Accordingly, it is **ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. The Clerk will **CLOSE** this case. The Court **DENIES** *as moot* any pending motions.

**DONE and ORDERED** in chambers, at Miami, Florida, this 17th day of August 2020.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*James Buckman, pro se*
*Maurice Symonette, pro se*
*Counsel of Record*