THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



JAMES BUCKMAN et al.,

                         CASE NO:19-CV-24184

Plaintiff
Vs,

LANCASTER MORTGAGE CO. Et al,.

<u>MOTION FOR JUDGE TO KEEP HER WORD</u>

    I JAMES BUCKMAN AM WRITING THIS MOTION BECAUSE I RECIENTLY ENTERED A REQUEST FOR MORE TIME TO FINISH MY AMENDED COMPLAINT ON AUGUST 6, 2020, AND BECAUSE THE AMENDED COMPLAINT IS VERY LENTHY I NEEDED MORE TIME TO GO OVER THE COMPLAINT, AND I NOTICE THAT AN ORDER WAS ENTERED IN THE COURT FROM THE JUDGE ON THE DOCKET ON ITEM 42 ENTERED BY THE JUDGE ON 08/07/20 SAYING WE THE PLAINTIFFS HAD UNTIL 08/20/20, TO RESPOND **SEE EXHIBIT A**, BUT NOW THEIR IS A LETTER FROM THE COURT SAYING THAT MY CASE HAS BEEN DISMISSED WITH PREJUDICE AS OF 08/17/20,  WHICH IS THREE DAYS BEFORE IT IS DUE ACCORDING TO YOUR ORDER ON

ITEM 42, THEN WHY IS MY CASE DISMISSED WITH PREJUDICE? WHY IS IT THAT I AM NOT BEING SENT ANY LETTERS IN THE MAIL ALSO, I NEED MY CASE REINSTATED BECAUSE IT IS NOT AUGUST 20TH YET, I WOULD LIKE TO PROCEED WITH MY CASE, THEREFORE THE COURT MUST <u>KEEP ITS OWN WORD</u> ESPECIALLY ON ITS OWN ORDER I WOULD LIKE TO TURN IN MY SECOND AMENDED COMPLAINT TOTALLY COMPLETE THANK YOU.

SIGNED  */s/ James Buckman Jr.*
JAMES BUCKMAN
15020 S. RIVER DR.
MIAMI, FL. 33167

*/s/ Maurice Symonette*
MAURICE SYMONETTE
15020 SOUTH RIVER DR.
MIAMI, FL. 33167

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail or E-file to: BLANK ROME LLP, Daniel S. Hurtes cc, Nicole R. Topper To all involved.