THE UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF FLORIDA

JAMES BUCKMAN et al.,

CASE NO:19-CV-24184

Plaintiff

Vs,

LANCASTER MORTGAGE CO. Et al,.

/

FILED BY SVS D.C.

SEP -9 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## MOTION TO RECONSIDER

Comes now plaintiffs with motion to reconsider according to R. 4:49-2 and R.52-1 to directly answer the Judge's Order to dismiss with prejudice on our case, On 07/24/20 our case was dismissed. See exh.A. We did a motion for extention of time Exh.B. and you gave us until 08/20/20, Exh.C. but dismissed us 08/17/20, before we could turn it in which was terribly confusing so we asked for your interest of justice for you to look at our amended compliant where there was actually no mortgage, note or warranty deed ever signed or closed on all was writen on this case in item 42 on docket for plaintiffs to have more days to enter amended complaint by 08/20/2020, Because defendants never asked for more time and the court never said the response was ment for the defendants to answer, the letter was addressed to plaintiffs only so plaintiffs responded on the 20th and we were being rushed so we asked for 3 more days and that was me asking for leave to amend at that time, and right then at that time I was asking for more time to finish.so therefore reconsider

SIGNED _____
JAMES BUCKMAN
15020 S. RIVER DR.
MIAMI, FL. 33167

_____
MAURICE SYMONETTE
15020 SOUTH RIVER DR.
MIAMI, FL. 33167

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail or E-file to: BLANK ROME LLP, Daniel S. Hurtes cc, Nicole R. Topper To all involved.

Case 1:19-cv-24184-MGC Document 48 Entered on FLSD Docket 09/10/2020 Page 3 of 8
Case 1:19-cv-24184-MGC Document 47 Entered on FLSD Docket 08/26/2020 Page 1 of 2

Exh. A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-24184-Civ-COOKE/GOODMAN

JAMES BUCKMAN, *et al.*,

    Plaintiffs,

vs.

LANCASTER MORTGAGE CO., *et al.*,

    Defendants.
_____/

## ORDER ON PLAINTIFFS' MOTION

THIS CAUSE is before the Court on *pro se* Plaintiffs' Motion (ECF No. 46). On August 17, 2020, the Court dismissed and closed this case because Plaintiffs' Amended Complaint still contained the defects the Court instructed Plaintiffs to cure. *See* ECF No. 44. Despite an extension of time to comply with the Court's Order, the Amended Complaint remained a shotgun pleading. Consequently, the Court dismissed the action. Before the August 17, 2020 dismissal, on August 6, 2020, Plaintiffs filed a motion for an additional extension of time, which became moot when Plaintiffs filed a timely Amended Complaint on the same day.[1] *See* ECF Nos. 42, 43. The docket entry for Plaintiffs' motion for extension of time noted that Defendants' had until August 20, 2020 to respond to Plaintiffs' Motion, if they wished to do so. *See* ECF No. 42. This is a customary notation on the docket whenever a motion is filed. Plaintiffs have now filed the instant motion, positing that the August 20, 2020 date was an extension this Court granted to the Plaintiffs to submit another Amended Complaint. This is not so. As explained, the docket reflected the date by which Defendants were to have responded to Plaintiffs' Motion.

---

[1] Since the Court dismissed the action, Plaintiffs have filed two additional amended complaints, one without seeking leave (ECF No. 45), and one with the instant motion (ECF No. 46-2). Neither of these complaints comply with Rule 8 and the Court's Order. The Federal Rules of Civil Procedure permit district courts to impose "appropriate sanctions," after notice and a reasonable opportunity to respond, where party submits a pleading to the court for an improper purpose. *See* Fed. R. Civ. P. 11(c). While *pro se* litigants are afforded leniency in federal court proceedings, they are not exempt from following Court orders or conducting themselves professionally before the Court. Plaintiffs are therefore cautioned against frivolous, vexatious, and unprofessional litigation practices.

Accordingly, the Court finds no grounds to disturb its Order dismissing the case with prejudice. It is therefore **ORDERED AND ADJUDGED** that Plaintiffs' Motion is **DENIED** and the case is to remain **CLOSED**.

**DONE and ORDERED** in chambers, at Miami, Florida, this 25th day of August 2020.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*James Buckman, pro se*
*Maurice Symonette, pro se*
*Counsel of Record*

Ex/. B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

James Buckman et AL
Plaintiff

CASE: 19-CV-1924184

VS

LANCASTER

Motion

FILED BY _____ D.C.
AUG 06 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT
S. D. OF FLA. - MIAMI

I need Three more Days to Proper Put this together Like they got the Time

Sign _____
Maurice Symonet Jr

Sign _____
James Buckman Jr
James Buckman

Exh. B-1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

JAMES BUCKMAN, et al.,

Plaintiff (s)  CASE: 19-CV-24184-COOKE /GOODMEN

Vs.

LANCASTER MORTGAGE CO., et al,.

Defendants (s)

_____/

SAS

JUL 3 1 2020

ANGELA E. NOBLE
C... U.S. DIS.. C.T.
S ... OF FLA - MIAMI

## MOTION FOR EXTENSION OF TIME

COMES Now Plaintiffs James Buckman and Maurice Symonette with Motion to extend the time to file second amended complaint, because I was checking on my case 19-CV-24184 myself yesterday on the court system and found a letter from the court docket on the internet informing me to make a second amended complaint due to the situation of the court saying it was not sufficiently written out I have no problem with that its just that I did not recieve a notification in the mail from the district court on that subject I fortunately discovered it on my own I called the clerk abourt this situation and they told me that I could send I a letter requesting more time since I did not get a notice in the mail please grant me more time because it is a lot to of information to put together thank you

I Hereby Certify that a true and corredt copy of the foregoing was sent by us mail to the foregoing on 7/31/2020 to Daniel S. Hurtes Fl. Bar No. 69104 DHurtes@blankrome.comand Nicole R. Topper

Fla. Bar No. 558591 to BLANK ROME LLP COUSEL FOR DEFENDANT DEUTSCHE BANK AT 500 E.BROWARD BLVD. STE. 2100 FT.LAUD. FLA. 33394 PH: 954-512-1800.

*[signature]*
JAMES BUCKMAN
15020- S. RIVER DR.
MIAMI, FLA.33167

