THE UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF FLORIDA

JAMES BUCKMAN et al          CASE:19-CV-24184

Vs.

LANCASTER MORTGAGE CO. Et. Al,.



### MOTION TO THE COURT

   THIS IS A NOTICE TO THE COURT PLAINTIFFS ASK IN THE NAME OF JUSTICE, I HAVE SAID THAT I NEVER WE4NT TO THE CLOSING AND I NEVER SIGNED THE WWARRANTY DEEDS AND I NEVER SIGNED ANY OF THE MORTGAGE PAPERS AND THE MORTGAGE WAWS PUT IN WITHOUT ANY SIGNATURES, THEY (LANCASTER BANK) ARE ILLEGAL AND HERE IS THE LAWSUIT THAT CURES THE PROBLEM THAT JUDGE WAS ASKIN FOR.

SIGNED _____
JAMES BUCKMAN
15020 S. RIVER DR.
MIAMI, FL. 33167

SIGNED _____
MAURICE SYMONETTE
15020 S. RIVER DR.
MIAMI, FL. 33167

### CERTIFICAT OF SERVICE

   I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGING WAS SENT BY U.S. MAIL OR E-FILEDD TO

BLANK ROME LLP, DANIAL S. HURTES CC, NICOLE R. TOPPER TO ALL INVOLVED.