# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

FILED BY ____AP____ D.C.

**Oct 1, 2020**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 01, 2020

James Buckman
15020 S RIVER DR
MIAMI, FL 33167

Maurice Symonette
4711 PARKWAY UT 4208
SUGARLAND, TX 77479

Appeal Number: 20-13674-D
Case Style: James Buckman, et al v. Lancaster Mortgage Co., et al
District Court Docket No: 1:19-cv-24184-MGC

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing, are available at www.ca11.uscourts.gov.**

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries. Upon receipt of the district court's order concerning whether this appeal will be allowed to proceed in forma pauperis, we will advise you regarding further requirements.

Upon entry of an order regarding in forma pauperis, the district court clerk is requested to forward a copy of the order and an updated copy of the docket entries.

Every motion, petition, brief, answer, response and reply filed must contain a Certificate of Interested Persons and Corporate Disclosure Statement (CIP). Appellants/Petitioners must file a CIP within 14 days after the date the case or appeal is docketed in this court; Appellees/Respondents/Intervenors/Other Parties must file a CIP within 28 days after the case or appeal is docketed in this court, regardless of whether appellants/petitioners have filed a CIP. See FRAP 26.1 and 11th Cir. R. 26.1-1.

On the same day a party or amicus curiae first files its paper or e-filed CIP, that filer must also complete the court's web-based CIP at the Web-Based CIP link on the court's website. Pro se

filers (except attorneys appearing in particular cases as pro se parties) are **not required or authorized** to complete the web-based CIP.

Attorneys who wish to participate in this appeal must be admitted to the bar of this Court, admitted for this particular proceeding pursuant to 11th Cir. R. 46-3, or admitted pro hac vice pursuant to 11th Cir. R. 46-4. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must file an Appearance of Counsel form within 14 days. The [Application for Admission to the Bar](#) and [Appearance of Counsel Form](#) are available at [www.ca11.uscourts.gov](#). The clerk generally may not process filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-6(b).

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Scott O'Neal, D
Phone #: (404) 335-6189

DKT-5 Awtg DC order on IFP

PAID _____
In Forma
Pauperis _____
Angela E. Noble, Clerk

# THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

JAMES BUCKMAN et al.,

Plaintiff

CASE NO:19-CV-24184

vs,

LANCASTER MORTGAGE CO. et al,.



FILED BY _____ D.C.

SEP 29 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## NOTICE OF APPEAL

Comes now James Buckman, AND MAVICE Simonette with notice of appeal against Judges order 9/15/2020 Denying and dismissing Plaintiffs complaint with prejudice when plaintiffs were supposed to be given more time by court to turn in complaint but but motion to reconsider was denied see exhibit A, B, +C

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail or E-file to: BLANK ROME LLP, Daniel S. Hurtes cc, Nicole R. Topper To all involved.